UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

In Re:  
Charles Robert Rominger Jr  
Angela Isaacs Rominger  
SSN# : XXX-XX-3628  
SSN# : XXX-XX-8081  

Case No. 18-50785

Chapter 13

## MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned Trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the Trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the Trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the Trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

Claim information in motion is current as of 8/20/2019.

The plan as confirmed requires the payment of a 1 percent (1%) dividend to the general unsecured creditors.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Alldata Inc | 7 | | U-Unsecured | 80 | $0.00 | NOT FILED | | |
| Citibank NA as trustee for CMLTI Asset | 4 | 2 | M-Mortgage | 50 | $14,905.23 | Pay by Trustee | 9208 | 8.00 |
| Citifinancial | 8 | | U-Unsecured | 80 | $0.00 | NOT FILED | | |
| CREDIT CONTROL CORP | 9 | | U-Unsecured | 80 | $0.00 | NOT FILED | 2609 | |
| Forwardline Financial LLC | 10 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5845 | |
| Internal Revenue Service | 11 | 3 | U-Unsecured | 80 | $8,204.64 | Pay by Trustee | 3628 | |
| Internal Revenue Service | 19 | 3 | P-Priority | 70 | $2,868.34 | Pay by Trustee | 3628 | |
| Matco Tools/Financial Services | 12 | 1 | U-Unsecured | 80 | $9,307.06 | STOP PAY | 1313 | |
| Paragon Revenue Group | 14 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4752 | |
| Paragon Revenue Group | 15 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4753 | |
| Portfolio Recovery Associates LLC | 13 | 5 | U-Unsecured | 80 | $7,133.59 | Pay by Trustee | 3215 | |
| ROD A VUJOVIC ATTORNEY AT LAW | 1 | | B-Base Attorney Fee(s) | 20 | $4,291.00 | $2,466.00 INSIDE / $1,825.00 OUTSIDE | | |
| ROD A VUJOVIC ATTORNEY AT LAW | 2 | | B-Base Attorney Fee(s) | 50 | $209.00 | Pay by Trustee | | |
| Snap On Credit LLC | 16 | | U-Unsecured | 80 | $0.00 | NOT FILED | 1671 | |
| Synchrony Bank | 18 | | Z-Notice Only | 99 | $0.00 | NOT FILED | 3943 | |
| US Attorney | 3 | | Z-Notice Only | 99 | $0.00 | NOT FILED | | |
| Watauga Radiological Services | 17 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3550 | |
| Wells Fargo Bank, NA | 20 | 4 | N-Mortgage/Lease Arrears | 50 | $1,052.07 | Pay by Trustee | 9000 | 0.00 |
| Wells Fargo Bank, NA | 5 | 4 | M-Mortgage | 30 | $68,984.21 | CONDUIT | 9000 | |

Case No.  18-50785  Rominger Jr

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Treatment of Claim | Acct # (Last 4) | Trustee Interest Rate(%) |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank, NA | 6 | 4 | Q-Mortgage Admin Arrears | 50 | $1,371.60 | Pay by Trustee | 9000 | 0.00 |

Wherefore, the Trustee respectfully requests that the Court grant his motion and classify the claims for payment by the Trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated: 8/20/2019

Steven G. Tate
Chapter 13 Trustee
By:  A. Owens

Case No.  18-50785  Rominger Jr

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

In Re:
Charles Robert Rominger Jr
Angela Isaacs Rominger
SSN# :  XXX-XX-3628
SSN# :  XXX-XX-8081

Case No.  18-50785

Chapter 13

**NOTICE OF OPPORTUNITY FOR HEARING**

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion for Determination of Status of Claims in Confirmed Plan. A copy of these paper (s) is included with this Notice or copied on the reverse side of this Notice.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 9/26/2019, you or your attorney must do four things:

**1. File with the Court a written response** requesting that the Court hold a hearing and explaining your position.  File the response at:

   Clerk, U.S. Bankruptcy Court
   401 W Trade St Room 111
   Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

**4. Please refer to the Trustee's claim number in any response you may file.**

If you file a response, then a hearing will be held at the following time and place:

Date: 10/4/2019                Time:  9:30 AM

Location:   U.S. Courthouse
            Main Courtroom, First Floor
            200 West Broad Street
            Statesville, NC  28677

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 8/20/2019                                    Steven G. Tate, Chapter 13 Trustee
                                                    212 Cooper St
                                                    Statesville, NC  28677-5856
                                                    (704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

In Re:  
Charles Robert Rominger Jr  
Angela Isaacs Rominger  
SSN# : XXX-XX-3628  
SSN# : XXX-XX-8081  

Case No.  18-50785

Chapter 13

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on 8/21/2019.

A. Owens  
Office of the Chapter 13 Trustee

Alldata Inc, PO Box 848379, Dallas, TX 75284  
Brock & Scott, PLLC, 1315 Westbrook Plaza Drive, Suite 100, Winston-Salem, NC 27103-1357  
Charles Robert Rominger Jr, Angela Isaacs Rominger, 660 Isaacs Branch Road, Sugar Grove, NC 28679  
Citibank NA as trustee for CMLTI Asset, Fay Servicing LLC, PO Box 814609, Dallas, TX 75381-4609  
Citifinancial, Bankruptcy Dept, PO Box 6042, Sioux Falls, SD 57117-6042  
Credit Control Corp, 11821 Rock Landing Dr, Newport News, VA 23606  
CREDIT CONTROL CORP, PO BOX 120568, NEWPORT NEWS, VA 23612-0568  
Fay Servicing, PO Box 809441, Chicago, IL 60680-9441  
Forsyth County Clerk of Court, PO Box 20099, Winston Salem, NC 27120-0099  
Forwardline Financial LLC, c/o Small & Small, 1078 W Fourth St, Winston Salem, NC 27101  
Forwardline Financial LLC, Ste 1450, 21700 Oxnard Blvd, Woodland Hills, CA 91367  
Internal Revenue Service, PO Box 7317, Philadelphia, PA 19101-7317  
Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346  
Matco Tools/Financial Services, 4403 Allen Rd, Stow, OH 44224  
Neil D Jonas, Brock & Scott PLLC, 8757 Red Oak Blvd Suite 150, Charlotte, NC 28217  
Paragon Revenue Group, PO Box 127, Concord, NC 28026-0127  
Portfolio Recovery Associates LLC, PO Box 12914, Norfolk, VA 23541  
Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541  
RAS Crane LLC, 10700 Abbott's Bridge Road Suite 170, Duluth, GA 30097  
RAS Crane LLC, Bankruptcy Department, 10700 Abbott's Bridge Road Ste 170, Duluth, GA 30097  
Snap On Credit LLC, 950 Technology Way #301, Libertyville, IL 60048  
Synchrony Bank, c/o PRA Receivables Management LLC, PO Box 41021, Norfolk, VA 23541  
US Attorney, 227 W Trade St Ste 1650, Charlotte, NC 28202  
Wachovia Mortgage Corporation, c/o Fidelity National Foreclosure, 1270 Northland Drive, Mendota Heights, MN 55120  
Watauga Radiological Services, 336 Deerfield Rd, Boone, NC 28607  
Watauga Radiological Services, PO Box 603505, Charlotte, NC 28260-3505  
Wells Fargo Bank NA, Default Document Processing, MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700  
Wells Fargo Bank, NA, Attn: Payment Processing, MAC# F2302-04C, 1 Home Campus, Des Moines, IA 50328  

Total Served: 28